ОАО91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

**SEALED**

DISTRICT OF  MASSACHUSETTS

UNITED STATES OF AMERICA
V.
ROBERT M. MARDIROSIAN
9 Highwood Lane
Falmouth, MA

**CRIMINAL COMPLAINT**

Case Number: MJ-06-922-MBB

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __April 14, 2005__ in __Barnstable__ County, in the _____ District of __Massachusetts__ defendant(s) did,
(Date)

(Track Statutory Language of Offense)
receive, possess, conceal, store, sell and dispose of goods, wares and merchandise of the value of $5,000 or more; to wit, four works of art that had been stolen from the home of Michael Bakwin on or about May 30, 1978; which have crossed a State and United States boundary after being stolen, unlawfully converted, and taken, knowing the same to have been stolen, unlawfully converted and taken.

in violation of Title __18__ United States Code, Section(s) __2315 and 2__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:
                                         Official Title

See Affidavit of Geoffrey J. Kelly.

Continued on the attached sheet and made a part of this complaint: ☒ Yes  ☐ No

_____
Signature of Complainant

GEOFFREY J. KELLY, FBI
Printed Name of Complainant

Sworn to before me and signed in my presence,

5/4/2005 @ 8:50 AM.                              at   Boston
Date                                                   City

MARIANNE B. BOWLER       U.S. MAG. JUDGE        Bowler, USMJ
Name of Judge            Title of Judge          Signature of Judge