

# AFFIDAVIT

I, Geoffrey J. Kelly, being first duly sworn, depose and say:

1. My name is Geoffrey J. Kelly, and I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been employed by the FBI for ten and a half years and assigned to the Boston Division since February 1996, where I am currently assigned to the Violent Crimes Task Force. Among my responsibilities is the investigation of property crimes, to include the interstate transportation and sale or receipt of stolen property. Prior to working on this squad, I worked for approximately five years on economic crime (or "white collar crime") squads, where I investigated violations of federal mail fraud and wire fraud statutes.

2. I am aware that Title 18 of the United States Code, Section 2315, makes it a crime for anyone to receive, possess, conceal, store, barter, sell, or dispose of, or attempt to do so, any goods, wares, merchandise, securities, or money, of a value of $5,000 or more, which have crossed a State or United States boundary after being stolen, unlawfully converted, or taken, knowing the same to have been stolen, unlawfully converted, or taken.

3. I make this affidavit in support of a criminal complaint charging Robert M. Mardirosian, with the knowing possession, concealment, storage and attempted sale on or about April 14, 2005 of stolen goods that had crossed the boundary of the United States.

4. The facts stated herein are based on my own personal involvement with this investigation, as well as from information provided to me by other law enforcement officers involved in the investigation. In submitting this affidavit, I have not included each and every fact known to me about this investigation; rather, I am submitting only enough evidence necessary to establish probable cause.





5. My investigation was predicated upon a complaint that I received from Julian Radcliffe, who is the chairman of the Art Loss Register ("ALR"), a London-based company that maintains a comprehensive database containing over 100,000 pieces of stolen artwork. Radcliffe advised me that auction houses, including Sotheby's, retain ALR's services when performing due diligence on artwork to be auctioned.

6. Radcliffe told me that in 1978, seven paintings were stolen from the residence of Michael Bakwin in Stockbridge, Massachusetts, including a still-life portrait by the impressionist painter Paul Cezanne that was considered to be priceless.

7. I have reviewed a report from the Town of Stockbridge, Massachusetts Police Department, dated May 30, 1978. According to the report, on May 30, 1978, Bakwin's wife reported to the police department that their residence had been burglarized earlier in the week and that seven paintings had been stolen.

8. Radcliffe advised me that in 1999, Lloyd's of London contacted the ALR regarding the insurance coverage on certain paintings that an individual wished to sell in London. Investigation by the ALR determined that these were the stolen Bakwin paintings, and that they were being held by a Panamanian corporation named Erie International Trading Company ("Erie").

9. According to Radcliffe, ALR alerted Bakwin to the surfacing of the paintings, and ultimately brokered a "contract" between Bakwin and Erie dated October 25, 1999, whereby Erie agreed to hand over the Cezanne (which Bakwin later sold for $30 million) in exchange for Bakwin's relinquishing all claims to the remaining six paintings, which at the time were valued at approximately $1 million. According to Radcliffe, pursuant to the "contract," the Cezanne

was turned over to him in Switzerland where art experts retained by him confirmed that it was Bakwin's Cezanne.

10. The "contract" also required that the individual who controlled Erie provide a sealed envelope to a disinterested attorney containing the name of the beneficial owner of Erie.

11. Radcliffe stated me that in 2000, Erie offered Bakwin $500,000 for the remaining paintings, but negotiations broke off.

12. I have reviewed documents produced to the government by the auction house Sotheby's. In or about November 2004, Sotheby's was contacted by Paul Palandjian of Belmont, Massachusetts, who asked them to consign four paintings for auction. When Sotheby's contacted the ALR with descriptive data on these paintings, Radcliffe recognized them as four of the remaining six stolen Bakwin paintings. A January 13, 2005 email from Caroline Lang, Managing Director of Sotheby's Geneva, to Paul Palandjian indicates that the paintings were being kept in Geneva, Switzerland.

13. Radcliffe states that when Sotheby's asked him in or about March 2005 whether title was clear to the paintings, Radcliffe refrained from stating definitively that he considered the paintings to be stolen, knowing that if he had stated otherwise, he would have discouraged the holder of the paintings from transferring them to Sotheby's.

14. On April 14, 2005, Palandjian signed an agreement with Sotheby's to sell the four paintings. The agreement stated that Palandjian was "acting in his own name and duly authorised for and on behalf of the undisclosed owner."

15. In or about April 2005, after Sotheby's informed Radcliffe that the paintings had been shipped to the United Kingdom, Radcliffe asserted that the paintings were stolen. With

Radcliffe's assistance, Bakwin filed suit against Sotheby's and Erie, claiming that 1999 "contact" was void because it was signed under duress. I have reviewed documents filed in the suit. An order enjoining the disposition of the paintings eventually was entered, and they remain today in Sotheby's possession.

16. Radcliffe stated that the four paintings include "Portrait d'une Jeune fille" and "Portrait d'un Jeune Homme" by Chaim Soutine, and "Maison Rouge" and "Flowers" by Maurice de Vlaminck. Radcliffe confirmed that these were in fact four of the original seven paintings stolen from Bakwin. Radcliffe does not know the whereabouts of the remaining two stolen paintings, "Woman Seated" and "Boy" by Jean Jansen.

17. I have reviewed a shipping invoice produced by Radcliffe, which lists the consignor of the four paintings as Paul Palandjian of Belmont, Massachusetts. I have reviewed a May 16, 2005 email from Palandjian to Sotheby's wherein Palandjian describes himself as an "agent of an undisclosed owner."

18. In or about December 2005, a British judge agreed and held that the 1999 "contract" was void. In addition, the Court ordered the opening of the sealed envelope containing the name of the beneficial owner of Erie. On January 23, 2006, the envelope was opened, revealing that the owner of Erie, and therefore the actual holder of the paintings, was Robert Mardirosian.

19. On February 1, 2006, an article appeared in the Boston Globe by reporter Stephen Kurkjian about the revelation of Mardirosian's control of the stolen paintings. A true and accurate copy of the article is attached to this Affidavit, and is based in part on Kurkjian's interview of Mardirosian.

20. According to Kurkjian, Mardirosian was a criminal defense attorney practicing in Boston from the early-1960s to 1995. His current residential address is in Falmouth, Massachusetts, although he is believed to have departed the United States bound for France within the past several weeks. Kurkjian reports that Mardirosian admitted that he had secretly held the stolen Bakwin paintings since 1978 after the alleged thief, David Colvin, whom Mardirosian represented in another case, left them with him.

21. In the article, Mardirosian admitted that his "first instinct...was to return the paintings for reward money that he thought would be put up by the paintings' insurer. But he abandoned that plan after learning that not even the most valuable of the paintings, the Cezanne, had been insured."

22. The article goes on to state that in 1988, Mardirosian "moved [the paintings] from Massachusetts to Monaco and then to a bank in Switzerland for safekeeping while he figured out a plan for returning them to Bakwin for a finder's fee or reward of 10 percent of their value." The article continues in part, as follows,

> Mardirosian acknowledged in the Globe interview that he was able to keep secret his possession of the paintings over the years by working through lawyers in London, Monaco, and Switzerland, as well as a shell company he incorporated in Panama, which does not name him as owner. He tried to sell the paintings on two occasions through the shell company, Erie International Trading Co., but failed in 1999 and again last year. On both occasions the Art Loss Register, a London-based company that tracks stolen artwork, was alerted to the sales and took steps to stop them.

23. On February 1, 2006, Mardirosian was interviewed by Bob Oaks on the "*Morning Edition*" program of WBUR, a National Public Radio affiliate, regarding the stolen paintings. I

have obtained a copy of this broadcast and have reviewed the statements made by Mardirosian. Among other questions, Oaks asked Mardirosian, "You knew they [the paintings] were stolen; your client [Colvin] told you that." Mardirosian answered, "That's right." Mardirosian stated that he had held onto the paintings so that he could get a reward or finders fee, and that he moved them overseas years ago for safe keeping.

24. Based on the foregoing, I have probable cause to believe that on or about April 14, 2005, Robert M. Mardirosian possessed, concealed, stored and attempted to sell goods that had crossed a United States boundary that he knew to have been stolen in violation of Title 18 of the United States Code, Section 2315.

I hereby certify that the foregoing is true and correct. Executed this ____ day of May, 2006.

GEOFFREY J. KELLY, Special Agent
Federal Bureau of Investigation

SUBSCRIBED and SWORN to before me
this 4 day of May, 2006. @ 8:50 AM.

Marianne B. Bowler USMJ
UNITED STATES MAGISTRATE JUDGE

# 1978 ART HEIST SOLVED



JOHN TLUMACKI/GLOBE STAFF

**Artist and retired lawyer Robert M. Mardirosian of Falmouth said yesterday that the leading suspect in the largest unsolved private home art heist in Massachusetts history left the paintings with him.**

## Retired Mass. lawyer says he held stolen paintings

By Stephen Kurkjian
GLOBE STAFF

For 28 years it has stood as the largest unsolved burglary from a private residence in state history: the theft of seven paintings, including a Cezanne, from a collector's home in the Berkshires.

Yesterday, the mystery was abruptly solved, as a retired Massachusetts lawyer told the Globe he has secretly held the stolen paintings, worth millions of dollars, since 1978.

Hours after his name was publicly linked to the case in a London courtroom, Robert M. Mardirosian, 71, said in an interview that the paintings were left with him by the lead suspect in the theft, a Pittsfield man whom Mardirosian was representing in another case.

The alleged thief, David Colvin, then 31, went to his office in Watertown seeking advice and lugging a bag full of paintings, the lawyer said.

"He was going to bring them to Florida to fence them, but I told him that if he ever got caught with them with the other case hanging over his head, he'd be in real trouble," Mardirosian said. "So he left them upstairs in my attic in a big plastic bag."



**Paul Cezanne's "Bouteille et Fruits" was stolen but later returned to Michael Bakwin in a deal.**

The paintings had been stolen from the Stockbridge home of Michael Bakwin over Memorial Day weekend in 1978. It was an easy heist: Bakwin and his wife were away for the holiday and had long been casual about security for their inherited art collection. A much harder question, for Colvin and then for Mardirosian, was what to do with the precious works after the crime.

It was a question, in fact, that went 28 years in search of an answer.

Mardirosian told the Globe that more than a year passed

ART, Page A6

# Subscriber credit data distributed by mistake

## Globe, Worcester paper affected

By Robert Gavin
GLOBE STAFF

Credit and bank card numbers of as many as 240,000 subscribers of The Boston Globe and Worcester Telegram & Gazette were inadvertently distributed with bundles of T&G newspapers on Sunday, officials of the newspapers said yesterday.

▶ **Message from the Globe's publisher. A17.**

The confidential information was on the back of paper used in wrapping newspaper bundles for distribution to carriers and retailers. As many as 9,000 bundles of the T&G, wrapped in paper containing subscribers' names and their confidential information, were distributed Sunday to 2,000 retailers and 390 carriers in the Worcester area, said Alfred S. Larkin Jr., spokesman for the Globe.

In addition, routing information for personal checks of 1,100 T&G subscribers also may have been inadvertently released.

The Globe and T&G, which are both owned by The New York Times Co., share a computer system.

The release of the data is another in a long list of high-profile incidents in which companies, universities, and federal and state agencies have had sensitive financial information lost or stolen.

INFORMATION, Page A16

## Inside Today

**Shooter's past**
A former postal employee who killed five workers at a mail facility

# Modest domestic goals mark State of Union

By Michael Kranish
GLOBE STAFF

WASHINGTON — Saying "America is addicted to oil," President Bush used his State of the Union address last night to call for reducing America's dependence on Middle Eastern oil by 75 percent by the year 2025. Bush also laid out a relatively modest domestic agenda of providing federal help on health care, education, and vowed to remain vigilant against the "enemies of freedom" around the world.

ASSOCIATED

**President Bush last night pledged to boost spending on energy research.**

In contrast to last year's bold but failed call to overhaul Social Security, Bush last night touted initiatives that seemed designed to win support from Democrats as well as Republicans. He called for an "American Competitiveness Initiative," which would provide federal funds to train 70,000 high school math and science teachers, and for establishing a permanent research-and-development credit.

While Bush has previously unveiled many of the energy proposals he made last night, he offered a new initiative that he said would boost federal spending on clean-energy research by 22 percent. The government has spent $10 billion on such research since 2001, Bush said.

By setting a 19-year goal of slashing Middle Eastern oil consumption, Bush followed in the path of several presidents who have called for ending dependence. Bush's term ends in January 2009.

Still, the significance of Bush's focus on energy may have been the spectacle of the former Texas

BUSH, Page

**Staking out the middle ground**
Bush addresses his own political problems by adopting some of the centrist themes of the 1990s.

**Democrats fire back**
Party leaders say the president has done little on energy and healthcare in his five years in office.

**'We seek the end of tyranny'**
Excerpts from last night's speech.

State of the Union coverage, A18-19.

**Alito is confirmed**
Four Democrats join all but one of the Senate's Republicans in making the veteran federal app

GEST SELECTION OF WOMEN'S SWIM WEAR IN NEW ENGLAND
jena
• Mix & Match All 2-pieces
• C, D, DD, Cups
18, Weymouth 781.340.1130

HE BOSTON GLOBE
PO Box 55819
Boston, MA 02205-5810

he Boston Globe (USPS 061-420) is published Monday-Saturday. odicals postage-paid at Boston, MA. stmaster, send address changes to: Mail Subscription Department PO Box 55819 Boston, MA 02205-5819

ARLY MAIL SUBSCRIPTION RATES FOR NEW ENGLAND

Seven days $666.64
Daily (6 days) $396.24
Sunday only $270.40

r other mail subscription rates and nformation, call 617-929-2226 or it www.bostonglobe.com/subscribe

# Former lawyer says he held stolen art for 28 years

▶ ART

*Continued from Page A1*

after Colvin's visit before he discovered the paintings in his attic. Colvin had spent the night in a room upstairs from his office and left the bag behind, the lawyer said.

By the time Mardirosian made that discovery, Colvin was dead, shot in February 1979 by two Boston men who had come to his Pittsfield home to collect on a debt. That left Mardirosian alone in possession of the stolen paintings.

His first instinct, Mardirosian said, was to return the paintings for reward money that he thought would be put up by the paintings' insurer. But he abandoned that plan after learning that not even the most valuable of the paintings, the Cezanne, had been insured. In 1988, he said, he moved them from Massachusetts to Monaco and then to a bank in Switzerland for safekeeping while he figured out a plan for returning them to Bakwin for a finder's fee or reward of 10 percent of their value.

Mardirosian maintained an active criminal law practice, defending numerous individuals charged with narcotics, weapons, and white-collar offenses in Boston-area courts and elsewhere between the early 1960s and 1995 when he retired at age 60. He now lives in a gated community in Falmouth, where he works as a full-time painter and sculptor, under the professional name Romard, often traveling to France to work and sell his artwork.

Mardirosian acknowledged in the Globe interview that he was able to keep secret his possession of the paintings over the years by working through lawyers in London, Monaco, and Switzerland, as well as a shell company he incorporated in Panama, which does not name him as owner. He tried to sell the paintings on two occasions through the shell company, Erie International Trading Co., but failed in 1999 and again last year. On both occasions the Art Loss Register, a London-based company that tracks stolen artwork, was alerted to the sales and took steps to stop them.

A lawsuit filed last year by Bakwin and the Art Loss Register to stop the sale of four of the seven paintings led to yesterday's court hearing in London, during which Mardirosian was identified as sole owner of Erie International. The judge also ruled that Mardirosian be held responsible for paying an estimated $3 million in court, legal, and investigative fees accumulated by Bakwin in trying to get his paintings back.

"We're very pleased with today's results," said Julian Radcliffe, chairman of the Art Loss Register, who has been trying to regain the paintings for Bakwin since 1999. "There's more legal work to be done, but I have no doubt now that these paintings will soon be returned to their rightful owner."

"Portrait d'un Jeune Homme" by Chaim Soutine was one of the paintings stolen in May 1978 from the Stockbridge home of Michael Bakwin.

Radcliffe was sharply critical of Mardirosian for not promptly returning the works and said he hoped that the FBI would investigate his role. "Mardirosian should have surrendered these stolen pictures as soon as he knew of their location," he said. "We will be providing all the help that we can to the FBI."

Mardirosian said he realizes that the FBI, which originally investigated the theft, will probably want to question him about how he came to possess and hold on to the stolen paintings.

He also acknowledged that he not only served as Colvin's lawyer, but also worked in the same period on an unrelated criminal case against the man whom the FBI believes was to be the fence of the paintings. That could trigger questions about whether he actually obtained the paintings in the fashion he has described.

"I know some things don't look good here, but I believe I have a legitimate case to make," said Mardirosian. "I could have sold these a dozen times, but never did. My whole intent was to find a way to get them back to the owner in return for a 10 percent commission."

Gail Marcinkiewicz, a spokeswoman for the FBI in Boston, declined this week to say if the agency would take another look at the case in view of recent developments.

Bakwin was not available for comment.

The FBI had identified Colvin as a suspect in the case shortly after the theft, when an undercover federal agent reported that Colvin had approached him several months earlier and asked him if he would be interested in buying a Cezanne painting or stolen guns.

After Colvin's death, Bakwin had tried on his own to pursue the case, hiring private investigator Charles G. Moore of Plymouth to develop leads. Moore discovered that Mardirosian had represented both Colvin and the alleged would-be fence in the theft, but with Colvin dead and the alleged fence refusing to answer questions, the investigation stalled.

For his part, Mardirosian said he was considering filing suit against Bakwin in US courts for reneging on a deal that Erie Trading made with Bakwin in 1999. Under that agreement, the Cezanne was returned to Bakwin, and title to the other six paintings was signed over to Erie.

"I figured it was a fair exchange," Mardirosian said yesterday. "They would get back the Cezanne, which they were valuing at about $10 million then, and I would get back the other six, which were valued at about $1 million."

A month after the exchange, Bakwin, feeling he could not sufficiently secure the masterwork, auctioned off the Cezanne at Sotheby's for $29.3 million.

Radcliffe has contended ever since that the document signing over title of the other six paintings to Erie International was not legally valid, that Bakwin had been coerced into signing it to regain his stolen Cezanne, and he has vowed to contest any effort by Erie to sell the other six.

Last year, when Erie moved to auction four of the six — two portraits by Chaim Soutine, an early 20th century expressionist, and two others by French painters Maurice de Vlaminck and Maurice Utrillo — at Sotheby's, Bakwin filed suit in London to stop the auction.

Erie's lawyers in London have contended that the dispute should be handled through formal arbitration in Swiss courts, as was set out in the 1999 agreement. However, in November, a lower British court upheld Bakwin's argument that the case should be heard in British courts. Last week, British High Court Judge Stanley Burnton said that if Erie wanted to appeal that ruling, it had to put up approximately $50,000 as potential court and legal fees and ruled that a two-page confidential statement that revealed that Mardirosian was the sole owner of Erie International should be unsealed.

The document, with Mardirosian's signature at the bottom, was unsealed at the hearing in Burnton's courtroom yesterday.

"I took [the lawyers'] advice and told them to give up," said Mardirosian.

Mardirosian said his next step will probably be to give back the paintings, but he wanted to consult with lawyers in Massachusetts to see if there are any alternatives, including suing Bakwin for breach of contract. Whatever course he follows, Mardirosian said he would not be arguing his own case because he now devotes all his time to painting and sculpture, work he says he loves passionately.

"An occupation that one is really good at sometimes overrides the occupation that one's heart and soul says one should be doing," Mardirosian writes on his website of his decision to give up his law practice. "Fortunately, in some cases that real vocation does bubble up to the surface and rather explodes full-blown."

*Globe correspondent Alana Semuels contributed to this report from London. Kurkjian can be reached at kurkjian@globe.com.*

Sonia Paine Antiques
Featuring Magnificent Jewelry
at unbeatable prices. (617) 566-9669

PIANO SALE
UP TO 80% OFF
WE ARE THE AREA'S MOST COMPETITIVE DEALER!
OPEN SUNDAYS

| Examples | Compare to | Sale | After Rebate* |
|---|---|---|---|
| NEW 43" Console | $4,890 | $2,990 | $990 |
| NEW 52" Upright | $5,990 | $4,290 | $1,790 |
| NEW 4'9" baby grand | $11,980 | $6,890 | $3,890 |
| NEW Player Grand | $15,300 | $9,500 | $6,500 |

World class pianos by Steinway, Petrof, August Forster and others.
*Deferred mail in rebate. Terms and conditions apply. Ask for details.
ROGER'S PIANO
379 Washington St. • Hanover, MA. (Take exit 13 Off Rte. 3 South)
781-826-0453 • www.rogers-piano.com

Citizens Bank
Not your typical bank.®

Plan for what you can't plan for.

Ask us about a Business Line of Credit.



Prime+0%

BUSINESS CHECKING REQUIRED

LINES OF CREDIT OVER $100,000

A small business can run into many unexpected surprises. Needs as well as opportunities. And now you can be ready for whatever comes along by opening a line of credit with Citizens Bank. All you need is a Citizens Bank Business Checking Account. Our Business Bankers will take you through the easy application and quick approval process. And for the first year there's no annual fee. No wonder we're the #1 SBA Lender in all of New England.

**To learn more about our business loans and lines of credit, visit your nearest branch, go to citizensbank.com or call 1-800-4BUSINESS.**

## Berkshires art heist

The theft of seven paintings from the Stockbridge home of Michael Bakwin remains the largest unsolved burglary from a private residence in Massachusetts history. Yesterday, retired lawyer Robert M. Mardirosian (right), who represented the alleged thief, acknowledged he had maintained possession of the paintings since the theft in late May 1978

**1978** — **Memorial Day weekend:** Seven paintings stolen from the Stockbridge home of Michael P. Bakwin, the son of two renowned pediatricians and art collectors.

**1979** — **Early July:** US grand jury hears testimony from several people, including David T. Colvin of Pittsfield, considered the most likely suspect. He takes the Fifth.

**July:** Robert M. Mardirosian, who is representing Colvin in an unrelated gun-dealing case, says he talks Colvin out of taking the paintings to Florida for fencing. Instead, Colvin leaves them in the attic of Mardirosian's Watertown law office.

**November 7:** Colvin pleads guilty to the gun-dealing charge and is sentenced to a year's probation.

**1980** — **Feb. 13:** Colvin is shot to death at his Pittsfield home by two Boston-area men who had confronted him over a $3,000 debt.

**1988** — Mardirosian says he transports the paintings from the United States to Monaco, where he stores them in a bank.

**1999** — **February:** Mardirosian incorporates Erie International Trading Co. Inc. in Panama and hires Bernard Vischer, a Zurich lawyer, to facilitate the sale of the paintings in Switzerland. The Art Loss Register is notified of the effort and protests to Vischer that the paintings had been stolen

**November:** Vischer and Julian Radcliffe, chairman of the Art Loss Register, sign an agreement giving back the Cezanne, the most valuable of the stolen paintings, to Bakwin and signing over ownership of the other six to Erie International. At Radcliffe's request, Vischer also executes a sealed document that lists Mardirosian as the true owner of Erie International.

**December 7:** Sotheby's auctions the Cezanne for $29.3 million.

**2005** — **July:** Erie International notifies Sotheby's in London that it is interested in auctioning four of the six other paintings. Radcliffe protests the sale, saying the 1999 agreement is not valid since Bakwin was "coerced" into signing it to get back the Cezanne.

**November:** A London judge upholds Radcliffe's petition and orders a full hearing into whether Erie holds valid title to the six other paintings.

**2006** — **January 31:** Erie's lawyers fail to appear at yesterday's court hearing. High Court Judge Stanley Burnton upholds Bakwin's ownership of the four paintings. Mardirosian is revealed as owner of Erie and is held responsible for court, legal, and investigative fees, which could be as high as $3 million.



*Three of the seven paintings*

SOURCES: Stephen Kurkjian, Art Loss Register, Robert Mardirosian. AARON ATENCIO/GLOBE STAFF